AUGUSTA J. CURRIER, Respondent, *v.* THE OGDENSBURGH AND LAKE CHAMPLAIN RAILROAD COMPANY, Appellant.

(Argued April 16, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 6, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Louis Hasbrouck* for appellant.

*Albert Hobbs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

AMBROSE LEE et al., Respondents, *v.* JOHN T. BRIGGS, Appellant.

(Argued April 17, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Circuit without a jury.

*Isaac L. Miller* for appellant.

*Martin J. Keogh* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.